# United States Bankruptcy Court

## District of Vermont

**Filed & Entered
On Docket
February 18, 2011**

In re:

Gary W Pickard
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–9238

Yvonne M. Pickard
Last four digits of Social–Security No or other Individual
Taxpayer–Identification No (ITIN): xxx–xx–9985
                                      Debtor.

Case Number: 11–10137 cab
Chapter: 13

## DEFICIENCY NOTICE TO FILE ADDITIONAL DOCUMENTS

The Chapter 13 Petition filed on February 18, 2011 was received by the Clerk. It does not conform with one or more of the Federal Rules of Bankruptcy Procedure and/or the Vermont Local Bankruptcy Rules. Please refer to the document deficiency line below and forward to the Court the item(s) listed.

By **4:00 PM** on the date specified below for each item deficient, respectively, the Debtor is to file with the Clerk of the Bankruptcy Court, 67 Merchants Row, P.O. Box 6648, Rutland, Vermont, 05702–6648, the item(s) needed to conform with the rules and is to enclose a copy of this Notice with the document(s). The document(s) described below was received by the Clerk.

Document Deficiency:

    Deficiency Notice to File Additional Documents. Re: [1] Chapter 13 Voluntary Petition. Deficient Items: Chapter 13 Plan. Pay Stubs/Advices with Cover Sheet. Wage Withholding/Automatic Debits from Bank Account Authorization or Request for Waiver of Wage Withholding/Automatic Debits from Bank Account. Case Opening Deficient Items due by 3/4/2011.

Dated: February 18, 2011

For the Court

Thomas J. Hart
Clerk of Court

United States Bankruptcy Court
District of Vermont
67 Merchants Row
P.O. Box 6648
Rutland, VT 05702–6648

Tel. (802) 776–2000
VCIS* (800) 260–9956
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 131 – cnb